UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

        - vs -

LOUIS PIPOLO, et al.,

                      Defendants.

-------------------------------------------------------------- X

07 Cr. 907 (SAS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that GERALD B. LEFCOURT, P.C., by attorneys Sheryl E. Reich and Gerald B. Lefcourt, hereby appears as counsel of record for defendant LOUIS PIPOLO. Counsel has previously appeared in this matter. This Notice is being filed solely for the purpose of adding the Firm's name and the attorneys to the electronic case file in this matter.

November 15, 2007

        Yours, etc.

        GERALD B. LEFCOURT, P.C.

        by: _____
             Sheryl E. Reich (SER 7943)

        148 East 78th Street
        New York, N.Y. 10075
        (212) 737-0400
        (212) 988-6192
        Reich@Lefcourtlaw.com
        *Attorneys for Louis Pipolo*