UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                   X

------------------------------------------------------------

UNITED STATES OF AMERICA,

             - vs -

LOUIS PIPOLO, et al.,

               Defendants.

------------------------------------------------------------X

07 Cr. 907 (SAS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gerald B. Lefcourt hereby appears as counsel of record for defendant LOUIS PIPOLO. Counsel has previously appeared in this matter. This Notice is being filed solely for the purpose of adding the name of the undersigned to the electronic case file in this matter.

November 15, 2007

Yours, etc.

GERALD B. LEFCOURT, P.C.

by: Gerald B. Lefcourt (GBL 5030)

148 East 78th Street
New York, N.Y. 10075
(212) 737-0400
(212) 988-6192
Lefcourt@Lefcourtlaw.com
*Attorneys for Louis Pipolo*