**Exhibit D**

| | |
|---|---|
| DATE MONITORED: | 20 APRIL 2004 |
| TYPE OF RECORDING: | BODY RECORDER |
| SUBJECT OF TAPE: | COOPERATING WITNESS (CW) |
| | MICHAEL VISCONTI (MV) |
| | EDWARD COBB (EC) |
| | ANGELO PRISCO (AP) |
| | HARLAN FRAZIER (HF) |
| | UNKNOWN MALE (UM) |
| | UNKNOWN FEMALE (UF) |
| MONITORING AGENT: | SA BILL QUANDT |
| CASE AGENT: | SA JOHN LARAIA |
| TRANSCRIBED BY: | DENISE L. STUDLACK |
| TYPED BY: | DENISE L. STUDLACK |
| ABBREVIATIONS: | INAUDIBLE (IA) |
| | UNINTELLIGIBLE (UI) |

MV: And they visited us and said,

EC: Thank you

MV: "it is was it is." You know what I said at that time? I didn't give a fuck.

EC: I have a guy in Brazil that owes me a lot of money.

MV: I had tons, man, tons. Over...

EC: If I get my hands on him,

MV: Over a million dollars I have in (UI).

EC: If I get my hands on him, we're all gonna make a lot of money.

MV: Told you to take a bat with you.

EC: (laughs) I gotta find out when he's coming up, this kid, and he's gonna be put somewhere for a while.

CW: Where are they killing everybody right now with the diamonds? Is that Brazil? They're in the jungles and they found, forty people dead, miners? I just read it in the fucking paper.

EC: No, no, no, (UI) paper, hostage, (UI) hostage? His dad's one of the five wealthiest guys in Brazil. Just sold his steel company three years ago for three hundred and forty mil. That's, that was just one of their assets. They are the largest coffee producer in Brazil. Second largest, uh, insurance company in Brazil, just didn't wanna be in the steel business any more.

MV: His son fucked you?

EC: Uhum.

UM: Eddie, does he ever come up this kid?

MV: That's wild.

EC: He comes up once in a while, he goes to Miami a lot.

MV: (UI) fucking bamboo cage.

EC: I've just been keeping my distance, cause I don't wanna -

MV: With the rats.

EC: Bring him upstate somewhere. Take him up into the Adirondacks. Cabin.

MV: Take him to Newburgh.

EC: Well, go further north, where it's even quieter.

MV: Put him in Cindy's garage for a fucking year.

EC: Yeah, that's, that's a good spot. You wouldn't need to, you wouldn't need to keep him there more than three weeks, you'd have the money within two weeks. But that, that's another, the logistics, you know? They own banks so it's easy, you know? If anybody hears about this, this kid, you'll never see him again. We'll mail him back to you. (snickers).

MV: Piece by piece.

EC: But, now you gotta make sure the money is sent somewhere and,

MV: Have Rocco pick it up.

ALL LAUGHING

EC: They'd fucking, they'd never see him coming, right?

MV: No, never. (UI) with that (UI).

EC: You'd see him with night vision goggles during the day.

MV: Yeah. Fucking rat.

PAGE 26                         20 APRIL 2004                         NKCM# 50281

EC: During the day, you'd see him with night vision goggles.

CW: You think he's a (IA)? (UI) on Danny tonight. I think he's with fucking Danny.

MV: (UI).

CW: You got Danny's cell?

MV: Yeah.

CW: Did you give him a call or fuck it?

MV: (UI)

CW: (UI) number?

MV: Nah, he's alright. He would've told Eddie. I'm not alright, go get Sammy, (UI).

EC: The impression was everything was, he was not gonna be uh, in a, in a jam. That was the solid message I got out of it.

MV: Then again he was pretty smooth when the troopers had him and I was talking to him, that night. He wasn't smooth an hour later but, he was smooth in the particular time of uh, that, (UI) stuff you don't (UI).

EC: Catastrophe.

MV: I gotta go to the fucking Giant, Jet game, get me outta here.

EC: Catastrophe.

MV: I want you to know, I choreographed the whole thing from AC. Pick ups, the fucking, getting everybody situated. And thank God, knock on wood for Louie at that time. I woke him up,

EC: What's that little Village there, all those little bars are?

MV: Montgomery.

EC: You okay? Good seeing you, take care (CW's name withheld)

CW: (still laughing) (UI).

EC: Um, (UI) talk to you about the phone (UI) at the um, bonds.

MV: Yeah, definitely. (UI) shot in the ass.

EC: (UI). Gimme a call tomorrow and we'll talk about it.

MV: We'll talk about it, yeah.

EC: Even for a few hours, whatever.

CW: I'll talk to you tomorrow. Alright thanks.

02:41:21 CW ENTERS VEHICLE / BURPS

CW: CC, two, zero, oh, E....CC, two, oh, E, A.

02:42:10 END OF RECORDING/ END OF TRANSCRIPTION