```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
           - v. -                :   ORDER
                                 :
LOUIS PIPOLO,                    :   S1 07 Cr. 907 (SAS)
                                 :
           Defendant.            :
                                 :
- - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on May 14, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          May June 3, 2008

HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE