LAW OFFICES OF
# GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

July 1, 2008

RECEIVED
CHAMBERS OF
JUL 02 2008
JUDGE SCHEINDLIN

**BY OVERNIGHT MAIL**

The Honorable Shira Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 15C
New York, N.Y. 10007

*United States v. Pipolo, et al.*
07 Cr 907 (SAS)

Dear Judge Scheindlin:

  We write as counsel to Louis Pipolo, a defendant in the above matter, seeking a modification in the conditions of Mr. Pipolo's pre-trial release. As detailed below, the government does not object to the change.

  On May 14, 2008, Mr. Pipolo entered a plea of guilty pursuant to a plea agreement; sentencing is scheduled on September 25, 2008. Mr. Pipolo remains at liberty pursuant to conditions that were set October 10, 2007, by Magistrate Judge Dolinger at the arraignment. Among other conditions required, Mr. Pipolo pledged his home and his interest in his restaurant as security on a $1 million Personal Recognizance Bond ("PRB").

  Mr. Pipolo is negotiating the sale of the restaurant. He cannot close on the sale, however, unless the pledge of his interest is released. We have asked the government its position on a request to release the pledge and Assistant United States Attorney Elie Honig informed me that the government will not object or request any additional surety.

  For these reasons, we respectfully request that the PRB be deemed modified such that it no longer need be secured by Mr. Pipolo's interest in his restaurant and the pledge thereof be ordered released.

*[Handwritten annotation:]* The bail conditions are modified to eliminate any requirement that Mr. Pipolo's bail be secured by his interest in his restaurant. So Ordered. [signature] 7/2/08

LAW OFFICES OF
GERALD B. LEFCOURT, P.C.

> The Honorable Shira Scheindlin
> United States District Judge
> Southern District of New York
> July 1, 2008
> Page 2

      Thank you for your consideration in this matter. To effect the release we will obtain a satisfaction from the government.

      Respectfully submitted,

      Sheryl E. Reich

cc: Elie Honig, Esq.
    Assistant United States Attorney (e-mail)